```
1  CHRISTOPHER P. BURKE, ESQ.                    ECF FILED ON 04/15/10
   Nevada Bar No.: 004093
2  atty@cburke.lvcoxmail.com
   218 S. Maryland Pkwy.
3  Las Vegas, Nevada 89101
   (702) 385-7987
4  Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| In Re: | ) | BK-S-09-21947-BAM |
| | ) | Chapter 13 |
| **MAHAMED A. YOUSSOUF,** | ) | |
| | ) | |
| Debtor(s). | ) | DATE: 05-11-10 |
| | ) | TIME: 2:30 P.M. |

**SUPPLEMENT TO MOTION FOR SUBSTANTIVE CONSOLIDATION**

COMES NOW, Debtor, MAHAMED A. YOUSSOUF, (hereinafter "Debtor" or "Youssouf") and files this Supplement to Motion for Substantive Consolidation to add his Declaration as Exhibit A.

DATED, this 15th day of April, 2010.

RESPECTFULLY SUBMITTED:

/S/CHRISTOPHER P. BURKE, ESQ.
CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor

```
 1  CHRISTOPHER P. BURKE, ESQ.
    Nevada Bar No.: 004093
 2  atty@cburke.lvcoxmail.com
    218 S. Maryland Pkwy.
 3  Las Vegas, Nevada  89101
    (702) 385-7987
 4  Attorney for Debtor
```

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| In Re: | ) | BK-S-09-21947-BAM |
| --- | --- | --- |
| **MAHAMED A. YOUSSOUF,** | ) | Chapter 13 |
| | ) | |
| Debtor, | ) | DATE: 04-06-10   NEW DATE: 05-11-10 |
| | ) | TIME: 2:30 P.M.  NEW TIME: 2:30 P.M. |

**DECLARATION OF MAHAMED A. YOUSSOUF**

PURSUANT TO 28 USC §1746 DECLARES THE FOLLOWING:

I, declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct:

1. That I am the above-mentioned Debtor in this chapter 13 bankruptcy case.

2. That I was born in Ethiopia.

3. That my native language is Hara.

4. That I had excellent credit in 2006 and my FICO score was 760.

5. That in 2006 I was trying to get a loan for my dry cleaning business.

6. That I already had a loan approved by Wells Fargo at 5% interest.

1

Ex. 'A'

7. That Wells Fargo loan never mentioned a Small Business Administration (SBA) loan.
8. That upon hearing I was getting a loan, a customer who was connected to Nevada State Bank ("NSB") told me to instead see them to get a loan.
9. That after meeting with NSB loan people they said they would give me a similar loan, but it would be a small business loan (SBA).
10. That NSB loan people told me a SBA loan was better for me.
11. That NSB told me to form a Limited Liability Company (LLC) to get the loan.
12. That I did not understand what an LLC was, but was told it would protect me.
13. That I formed Green Cleaners, LLC. ("LLC") upon NSB advise.
14. That I filed a petition for relief under Title 11 U.S.C. Chapter 13 of the Bankruptcy Code on July 7, 2009, Case No. BK-S-0921947-BAM.
15. That I dissolved the LLC in September 2009.
16. That I never informed my attorney I dissolved the LLC until March 3, 2010, as I did not understand it was

. . . . . .
. . . . . .
. . . . . .

2

important to my case.

I declare under penalty of perjury that the foregoing is true and correct.

Dated this _____ day of March, 2010.

*[signature]*
MAHAMED A. YOUSSOUF

**CERTIFICATE OF SERVICE OF SUPPLEMENT TO
MOTION FOR SUBSTANTIVE CONSOLIDATION**

I hereby certify that I am an employee of CHRISTOPHER P. BURKE, ESQ., and on the 15th day of April, 2010, I caused to be served a true and correct copy of:

1. Supplement to Motion for Substantive Consolidation [Dkt.# ] in the following manner:

__X__ (ELECTRONIC SERVICE) Under Administrative Order 02-1(Rev.8-31-04) of the United States Bankruptcy Court for the District of Nevada, the above-referenced document was electronically filed on the date hereof and served through the Notice of Electronic Filing automatically generated by that Court's facilities.

__X__ (UNITED STATES MAIL) By depositing a copy of the above-referenced document for mailing in the United States Mail, first class postage prepaid, at Las Vegas, Nevada to the parties listed on the attached service list, at their last known mailing addresses, on the date above written.

___ (OVERNIGHT COURIER) By depositing a true and correct copy of the above-referenced document for overnight delivery via Federal Express, at a collection facility maintained for such purpose, addressed to the parties on the attached service list, at their last known delivery address, on the date above written.

___ (FACSIMILE) That I served a true and correct copy of the above-referenced document via facsimile, to the facsimile

2

1  numbers indicated, to those persons listed on the attached service
2  list, on the date above written.
3
4       DATED:   April 15th, 2010.
5
                                          /S/KARYN HOLLINGSWORTH
                                          Employee of
6                                         Christopher P. Burke, Esq.
7
   Michael A. Gehret
8  c/o SNELL & WILMER L.L.P.
   15 South West Temple
9  Suite 1200
   Salt Lake City, UT 84101
10
11 Snell & Wilmer, L.L.P.
   Attn: Managing Agent
12 3883 Howard Hughes Parkway
   Suite 1100
13 Las Vegas, NV 89169
14
...
28

3

| | | |
|---|---|---|
| MAHAMED ABDULLAHI YOUSSOUF<br>9255 EATON CREEK CT.<br>Las Vegas, NV 89123 | NEVADA DEPT. OF TAXATION<br>BANKRUPTCY DIVISION<br>555 E. WASHIGTON, #1300<br>LAS VEGAS, NV 89158 | OFFICE OF TRUSTEE<br>300 LAS VEGAS BLVD. SO. #4300<br>Las Vegas, NV 89101 |
| STATE OF NEVADA, DEPT. OF<br>EMPLOMENT SECURITY<br>500 E. 3RD STREET<br>Carson City, NV 89713 | IRS<br>INTERNAL REVENUE SERVICE<br>STOP 5028<br>110 CITY PARKWAY<br>Las Vegas, NV 89106 | CAPITAL ONE<br>ATTN:MANAGING AGENT<br>P.O.BOX 60024<br>City Of Industry, CA 91716 |
| CITI CARDS<br>ATTN:MANAGING AGENT<br>P.O.BOX 6419<br>The Lakes, NV 88901 | CITIBANK<br>ATTN:MANAGING AGENT<br>110 LAKE DR.<br>Newark, DE 19702-3317 | COUNTRYWIDE HOME LOANS<br>ATTN:MANAGING AGENT<br>P.O.BOX 5170<br>Simi Valley, CA 93062 |
| JEREMY BERGSTROM, ESQ. BAUER,<br>BERGSTROM & WINTERS, LLP<br>ATTN:MANAGING AGENT<br>2200 PASEO VERDE PKWY, SUITE 250<br>Henderson, NV 89052 | LAS VEGAS PUBLICATIONS LLC<br>ATTN:MANAGING AGENT<br>1415 LOUISIANA STE 3475<br>Houston, TX 77002 | NEVADA STATE BANK<br>ATTN:MANAGING AGENT<br>P.O.BOX 990<br>Las Vegas, NV 89125-0990 |
| RAUSCH, STURM, ISRAEL<br>KALED ANDERSON, ESQ<br>ATTN:MANAGING AGENT<br>8691 W. SAHARA AVE SUITE 210<br>Las Vegas, NV 89117 | RICK A. YARNALL<br>CHAPTER 13 TRUSTEE<br>701 BRIDGER AVE.<br>SUITE 820<br>Las Vegas, NV 89101 | RIVERSIDE COMMERCE CENTER<br>ATTN:MANAGING AGENT<br>120 CORPORATE BLVD. STE 100<br>Norfolk, VA 23502-4962 |
| SAMS CLUB<br>ATTN:MANAGING AGENT<br>P.O.BOX 530942<br>Atlanta, GA 30353 | THE HOME DEPOT<br>ATTN:MANAGING AGENT<br>P.O.BOX 6028<br>The Lakes, NV 88901 | WELLS FARGO<br>ATTN:MANAGING AGENT<br>P.O.BOX 54349<br>Los Angeles, CA 90054-0349 |
| WELLS FARGO<br>ATTN:MANAGING AGENT<br>P.O.BOX 30086<br>Los Angeles, CA 90030-0086 | | |

```
Wells Fargo Bank, N.A.           WElls Fargo Bank, N.A.          PRA Receivables Mang.LLC.
c/o Wells Fargo Card Serv.       Attn:  Mang.Agent               as Agent Portf.Recry.Assc
Attn: Mang.Agent                 MAC S4101-08C                   Attn: Mang. Agent
Recovery Dept.                   100 W. Washington St.           P.O. Box 12914
P.O. Box 9210                    Phoenix, AZ   85003             Norfolk, VA   23541
Des Moines, IA   50306

LVNV Funding LLC                 Las Vegas Publictns. LLC
Resurgent Capital Serv.          c/o Mazur & Asso.APLC
P.O. Box 10587                   Attn: Michael D.Mazur,Esq
Greenville, SC   29603-0587      3037 E. Warm Springs Rd.
                                 Ste. 200
                                 Las Vegas, NV   89120
```