

Entered on Docket
July 22, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

*Prepared by,*

Michael A. Gehret (NV Bar No. 9307)
SNELL & WILMER L.L.P.
15 South West Temple, Suite 1200
Salt Lake City, UT 84101
Telephone: (801) 257-1900
Facsimile:  (801) 257-1800
Email:  mgehret@swlaw.com
*Attorneys for Nevada State Bank*

## UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEVADA

| In re:<br><br>MAHAMED A. YOUSSOUF,<br><br>Debtor. | Chapter 13<br>Case No. 09-21947-BAM<br><br>Date: June 15, 2010<br>Time: 2:30 pm |
|---|---|

<u>ORDER DENYING DEBTOR'S MOTION FOR SUBSTANTIVE CONSOLIDATION</u>

This matter is before the Court on the *Motion for Substantive Consolidation* dated April 9, 2010 [Docket No. 60] (the "**Motion**"), filed by Mahamed A. Youssouf (the "**Debtor**"), and set for hearing on June 15, 2010. At the hearing, Nevada State Bank was represented by Michael A. Gehret of Snell & Wilmer, and the Debtor was represented by Christopher Burke. The Court, after reviewing the Motion and other documents of record and hearing the arguments of the parties, finds and concludes as follows.

Based upon the foregoing and good cause appearing therefore,

11665193.1

**IT IS HEREBY ORDERED** as follows:

1. The Motion is hereby denied.

Submitted by:

Snell & Wilmer L.L.P.

By: /s/Michael A. Gehret
Attorneys for
Nevada State Bank

Approved by:

Christopher P. Burke
Attorney for Debtor

11665193.1

ALTERNATIVE METHOD re: RULE 9021:

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_ The court has waived the requirement of approval under LR 9021.

\_\_\_\_ No parties appeared for filed written objections, and there is no trustee appointed in the case.

\_X\_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond as indicated below:

This Order was provided to opposing counsel Christopher P. Burke and the Trustee in accordance with local Rule 9021 on July 7, 2010._____.

*****END OF DOCUMENT*****

11665193.1