| Attorney for Debtor(s):<br>Christopher P. Burke, Esq.<br>Nevada Bar No.: 004093<br>atty@cburke.lvcoxmail.com<br>218 South Maryland Pkwy.<br>Las Vegas, Nevada 89101<br>Phone: (702) 385-7987 | *ECF FILED ON 06/29/11* |
|---|---|

**UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEVADA**

| In re:<br><br>**MAHAMED A. YOUSSOUF,**<br><br><br><br>Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | BK-S-09-21947-BAM<br>CHAPTER 13<br>**APPLICATION FOR COMPENSATION**<br>**AND REIMBURSEMENT OF EXPENSES**<br>**($500.00 OR OVER)**<br>HEARING INFORMATION:<br>DATE: **08-01-11**<br>TIME: **2:30 P.M.** |
|---|---|---|

1. **INCORPORATION OF CHAPTER 13 GUIDELINES:** This application incorporates the Chapter 13 Guidelines for applications for attorney fees and reimbursement of expenses.

2. **APPLICANTS' REPRESENTATIONS:** The undersigned applicant hereby represents: (a) that all basic services have been satisfactorily performed and basic fees and expenses earned (if applicable); (b) that this application seeks only fees and expenses for services rendered in addition to basic services and expenses (if applicable); (c) that the fees and expenses sought in this application will not be shared with any other entity; and (d) that unless otherwise explained below, application reasonably believes this is a final applicant for fees and expenses.

3. **COMPENSATION AND EXPENSES SOUGHT IN THIS APPLICATION.** This application seeks additional compensation and reimbursement of expenses in the amount of $ **8,974.00 plus $3,500.00 pre petition ($12,474.00[1])** as detailed in the attached Exhibit.

4. **NARRATIVE DESCRIPTION OF SERVICES:** This application seeks compensation and expenses for the following services:

   ( **X** ) additional claims resolution
   ( **X** ) motion to lift stay
   (   ) motion to sell/purchase/refinance property
   (   ) motion to dismiss
   ( **X** ) modification of plan/
   ( **X** ) other (describe other services)
          Motion to avoid second mortgage, confirmation hearings.

---

[1] Attorney Burke has voluntarily agreed to cap his fees at this point, for $12,474.00 and has not listed all legal work in relation to this case. If future events arise attorney reserves the right to seek the entire amount of his fees plus any additional fees incurred.

5. **TOTAL FEES AND EXPENSES:** The total fees and expenses sought in this case are as follows:

|   |   |   |
|---|---|---|
| a. | Fees and expenses for basic services: | $_____.00 |
| b. | Additional fees approved by the Court: |  |
|    | (1) Order dated _____ | $____0____ |
|    | (2) Order dated _____ | $ |
| c. | Fees and expenses sought in this application: | $ 18,179.89[1] |
| d. | Total fees and expenses sought in this case: | $ 18,179.89 |

6. **PAID BY DEBTOR:** The Debtor has paid directly to attorney for Debtor $ 3,500.00 . The chapter 13 trustee has paid or will pay all fees and expenses previously ordered by the Court plus fees approved in this application.

Date: 6-29-11              Submitted by:

/S/CHRISTOPHER P. BURKE, ESQ.
Attorney for Debtor(s)

---

[1] Attorney Burke has voluntarily agreed to cap his fees at this point, for $12,474.00 and has not listed all legal work in relation to this case. If future events arise attorney reserves the right to seek the entire amount of his fees plus any additional fees incurred.

**ATTORNEY SERVICES RENDERED**

```
Attorney Rate:      $400.00
Paralegal Rate:     $ 85.00
```

| Date | Time | Description of Services |
|---|---|---|
| 05/01/09 | (100.00 Charge) | Initial meeting w/client re: chp.13 bankruptcy filing. CPB. |
| 05/06/09 | .9 | Met w/client reviewed paperwork. CPB |
| 06/02/09 | 1.2 | Review and signed petition. CPB |
| 07/07/09 | .4 | Met w/client in preparation for "341". CPB |
| 08/25/09 | .3 | Attend 341 meeting. CPB |
| 08/31/09 | 1.4 | Reviewed file and attend con't 341 meeting. CPB |
| 09/17/09 | .7 | Attend confirmation hearing. CPB |
| 09/21/09 | .4 | Met w/client re: Motion to Strip 2nd mortgage. CPB |
| 10/21/09 | .6 | Prepared Mot. to strip 2nd mortgage. CPB |
| 10/29/09 | .8 | Attend con't conf. CPB |
| 11/05/09 | .9 | Attend Mot. to strip 2nd mortgage. MD |
| 11/24/09 | .7 | Attend con't conf. plan #1. CPB |
| 12/05/09 | .4 | Reviewed Opposition to Mot. to value collateral strip 2nd. CPB |
| 12/10/09 | .8 | Prepare for and attend con't Mot. To strip 2nd mortgage. CPB |
| 12/22/09 | .7 | Attend con't conf. plan #1. CPB |
| 12/24/09 | .6 | Reviewed Mot. to Redeem filed by N.S.B. CPB |
| 12/25/09 | .4 | Reviewed Mot. relief from stay. CPB |
| 01/05/10 | .4 | Meet w/client re: business value and appraiser. CPB |
| 01/06/10 | .5 | Reviewed Additional Opp. Mot. to value collateral strip 2nd and affid. filed by N.S.B. CPB |
| 01/07/10 | .9 | Prepare for and attend con't Mot. to strip 2nd mortgage. CPB |
| 01/21/10 | .6 | Attend con't conf. plan #1. CPB |

| | | |
|---|---|---|
| 01/27/10 | .7 | Met w/client. re: case. CPB |
| 01/29/10 | .5 | Reviewed Obj. conf. plan #1. CPB |
| 02/03/10 | .9 | Met w/client. re: Obj.conf. plan, Opp. to Mot. value collateral strip 2nd. CPB |
| 02/04/10 | .6 | Attend con't conf. plan #1. CPB |
| 02/08/10 | .6 | Met w/client re: Mot. to value. CPB |
| 02/11/10 | .4 | Spoke w/M.Gehret attorney for Nevada State Bank. CPB |
| 02/18/10 | .8 | Prepare for and attend con't Mot. to strip 2nd mortgage. CPB |
| 02/23/10 | 1.2 | Prepare for and attend Mot. to Redeem and con't Mot. to strip 2nd mortgage. CPB |
| 03/03/10 | .7 | Met w/client re: Mot. to value. CPB |
| 03/02/10 | .2 | Reviewed E.mail w/attachment from Mike Gehret re: client. CPB |
| 03/04/10 | .6 | Attend con't conf. plan #1. CPB |
| 03/05/10 | 1.1 | Reviewed file, prepared Motion to Reconsider Order Lifting Stay. CPB |
| 03/15/10 | .6 | Reviewed file, prepared Supplement to Mot. to Reconsider order lifting stay. CPB |
| 03/22/10 | .8 | Met w/client. re: reviewing Response and Obj. to Mot. for Order Substantively Consolidating debtors estate. CPB |
| 04/01/10 | .9 | Review file, prepared Reply to NSB response and obj. to mot. for order substantively consolidating debtors estate. CPB |
| 04/09/10 | 1.9 | Review file, prepared application to Mot. for Substantive Consolidation. CPB |
| 04/15/10 | .6 | Prepared supplement to Mot. for Substantive Consolidation. CPB |
| 04/22/10 | .8 | Met w/client. re: reviewing Obj. NSB Response and Obj. to debtors Mot. for Order Substantively Consolidating Debtors Estate and Mot. to amend Amended & Restated Mot. for Relief for the Automatic Stay or in the Alternative for Adequate Protection. CPB |
| 05/03/10 | .2 | Reviewed E.mail from Tim Dance re: client. CPB |

| Date | Hours | Description |
|---|---|---|
| 05/05/10 | .8 | Reviewed file, prepared and filed Opposition to Amended & Restated Mot. For Relief from the Automatic Stay or in the Alternative for Adequate Protection and Reply to NSB Response and Objection to Debtors Mot. for Order Substantively Consolidating Debtors Estate. CPB |
| 05/07/10 | .1 | Reviewed E.mail w/attachment from Karen Quick re: client. CPB |
| 05/10/10 | .2 | Reviewed Stipulation Mot. To Continue/Reschedule hearing. CPB |
| 05/11/10 | 1.3 | Prepare for and attend Mot. to Amend and Restated Mot. for Relief from the Automatic Stay or in the Alternative for Adequate Protection. CPB |
| 05/11/10 | .2 | Reviewed E.mail. from Christine Lutz re: MRS letter. CPB |
| 05/13/10 | .1 | Reviewed E.mail. w/attachment from Karen Quick re: client. CPB |
| 05/13/10 | .7 | Attend con't conf. CPB |
| 06/09/10 | .3 | Reviewed Reply to Debtor's Opposition to Amended and Restated Mot. for Relief. CPB |
| 06/15/10 | 1.3 | Prepare for and attend con't Mot. to Amend and Restated Mot. for Relief from the Automatic Stay or in the Alternative for Adequate Protection. CPB |
| 07/07/10 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 07/08/10 | .6 | Attend con't conf. plan #1. CPB |
| 07/12/10 | .4 | Reviewed two (2) E.mails w/attachment from Mike Gehret re: client. CPB |
| 07/13/10 | .2 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 07/13/10 | .3 | Reviewed E.mail w/attachment from Tim Dance re: client. CPB |
| 07/14/10 | .1 | Reviewed E.mail from Tim Dance re: client. CPB |
| 07/14/10 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 07/14/10 | .1 | Reviewed E.mail w/attachment from Karen Quick re: client. CPB |
| 08/10/10 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 08/10/10 | .8 | Met w/client re: Mot. to value. CPB |

| Date | Hours | Description |
|---|---|---|
| 08/12/10 | .2 | Reviewed E.mail w/attachment from Tim Dance re: client. CPB |
| 08/17/10 | .7 | Met w/client re: Mot. to value. CPB |
| 08/19/10 | .2 | Reviewed E.mail w/attachment from Tim Dance re: client. CPB |
| 08/24/10 | 1.1 | Prepare for and attended con't Mot. to Amend and Restated Mot. for Relief from the Automatic Stay or in the Alternative for Adequate Protection. CPB |
| 09/30/10 | .6 | Attend con't conf. plan #1. CPB |
| 11/05/10 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 11/10/10 | .2 | Reviewed E.mail from Mike Gehret re: Stip. & Order. CPB |
| 01/17/11 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 01/18/11 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 01/19/11 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 01/20/11 | .6 | Attend con't conf. plan #1. CPB |
| 01/26/11 | .4 | Prepared and emailed Stipulation and Order to M. Gehret. CPB |
| 02/14/11 | .2 | Reviewed E.mail w/attachment from Karen Quick re: client. CPB |
| 04/07/11 | .2 | Reviewed three (3) E.mail from Mike Gehret re: Stip. & Order. CPB |
| 04/11/11 | .1 | Reviewed E.mail from Mike Gehret re: Stip. & Order. CPB |
| 04/15/11 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 04/21/11 | .1 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 04/24/11 | .3 | Spoke w/M. Gehret re: client. CPB |
| 04/25/11 | .9 | Met w/client & Kelly Casares re: Evidentary hearing. CPB |
| 04/25/11 | .2 | Reviewed four (4) E.mail from Mike Gehret re: client. CPB |
| 04/26/11 | .4 | Attend Mot. to Value. CPB |
| 05/25/11 | .2 | Reviewed E.mail from Mike Gehret re: client. CPB |
| 06/01/11 | .6 | Review claims and Prepare plan no.2. CPB |

| Date | Hours | Description |
|---|---|---|
| 06/06/11 | .1 | Sent copy plan #2 to client and M. Gehret. KH |
| 06/06/11 | .1 | Sent e-mail to M. Gehret and reviewed e.mail correspondence. CPB |
| 06/15/11 | .5 | Reviewed plan #2 w/client. CPB |
| 06/20/11 | .5 | Prepare fee appl. CPB |
| 06/21/11 | .1 | Reviewed e-mail M. Gehret. CPB |
| 08/01/11 | .5 (Est.) | Attend fee application. CPB |
| 08/19/11 | .5 (Est.) | Attend con't conf. CPB |

Total Attorney Time[1]: . . . . . . . . . . . . . . . . . . . . . . . . . 44.5

Total Paralegal Time: . . . . . . . . . . . . . . . . . . . . . . . . . 1.0

Total Attorney Fees: . . . . . . . . . . . . . . . . . . . . . . . $ 17,800.00

Total Paralegal Fees: . . . . . . . . . . . . . . . . . . . . . . . $ 85.00

Copying, Postage, Pacer, phone calls: . . . . . . . . . . . . . . $ 294.89

Total Fees: . . . . . . . . . . . . . . . . . . . . . . . . . . . . $18,179.89

---

[1] Attorney Burke has voluntarily agreed to cap his fee at this point, for $12,474.00 and has not listed all legal work in relation to this case. If future events arise attorney reserves the right to seek the entire amount of his fees plus any additional fees incurred.